United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANTONY RAFAEL TOVAR RODRIGUEZ, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-5276 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Antony Rafael Tovar Rodriguez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On July 31, 2026, the federal respondents filed a Response to Petition for Writ of Habeas Corpus and Motion to Dismiss as Moot or For Lack of Subject Matter Jurisdiction stating that the petitioner was released from custody on July 29, 2026, and arguing that the petition should now be dismissed as moot. (Docket Entry No. 5). The petitioner has not filed any response to the motion.

Because Tovar Rodriguez has been released from custody, his habeas petition is now moot. The Motion to Dismiss as Moot or For Lack of Subject Matter Jurisdiction (Docket Entry No. 5) is **granted**. This case is **dismissed** without prejudice. Any other pending motions are **denied** as moot.

SIGNED on August 18, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge